**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus JIMENEZ–LEON, a.k.a. Jesus
Jimenez–Garcia, Defendant–
Appellant.**

**No. 14–10040.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 9, 2014.*

Filed Dec. 12, 2014.

Ryan P. Dejoe, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Matthew J. McGuire, Patagonia, AZ, for Defendant–Appellant.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

### MEMORANDUM **

Jesus Jimenez–Leon appeals from the district court's judgment and challenges the below-Guidelines sentence of 39 months and three days imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 846, possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jimenez–Leon contends that the district court erred by failing to consider and explain why it rejected his arguments for a larger downward variance under 18 U.S.C. § 3553(a). We review for plain error, *see United States v. Valencia–Barragan*, 608 F.3d 1103, 1108 (9th Cir.2010), and find none. The record reflects that the district court considered Jimenez–Leon's mitigating arguments and explained the sentence adequately. *See United States v. Carty*, 520 F.3d 984, 992–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.